UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY AMEN VALENTINE SHABAZZ,<br><br>       Plaintiff,<br><br>-against-<br><br>ROBERT RZA DIGGS; SCOTT WHITELEATHER; ROBERT IGER, RON HOWARD; BRIAN GRAZER; CHRIS BRUCE; NICK SABEAN,<br><br>       Defendants. | 23-CV-9084 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 26, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge