**LogicBalls**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Exhibit Case No. 23-Cv-9084**

---

**DANNY AMEN VALENTINE-SHABAZZ,**
Plaintiff,

v.

**DEFENDANTS DIGGS AND PARTIES,**
Defendants.

---

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**1. PARTIES**

1.1. Plaintiff, Danny Amen Valentine-Shabazz, born 1978, is a citizen of the United States, residing at 65 Irby Ave, Apt 841, Atlanta, Georgia, 30305.

1.2. Defendants, including Diggs and associated parties, are believed to be engaging in actions that infringe upon Plaintiff's registered copyright.

**2. JURISDICTION AND VENUE**

2.1. This Court has jurisdiction under Title 17 U.S.C. § 101 et seq., as this case involves a federal copyright claim.

2.2. Venue is proper in this district as the events giving rise to these claims occurred here.

**3. FACTUAL BACKGROUND**

3.1. Plaintiff holds the copyright to the sound recording titled "Afro Samurai Resurrection Arch Nemisis" (Reg. No. SR0000929008), created in 2008 and published on June 27, 2009.

3.2. A prior registration exists from 2008, affirming the validity of the copyright.

3.3. The work was created by Plaintiff under the pseudonym "Ace," who is the sole author and claimant of the rights related to this sound recording.

3.4. On May 5, 2022, the copyright was registered, affirming Plaintiff's ownership and rights.

**4. CLAIM OF INFRINGEMENT**

4.1. A valid copyright exists, and Plaintiff alleges that the Defendants have distributed this work without permission, causing significant damage.

4.2. The actions of the Defendants are seen as fraudulent and unjust, and the Plaintiff seeks clarity on why the Court appears to favor such actions.

**5. DEMAND FOR RELIEF**

5.1. The Plaintiff respectfully requests that this Court:

a. Acknowledge the validity of the copyright and the damages incurred due to infringement.

b. Provide a clear explanation regarding the Court's position on the matter.

c. Address any trademark issues that may arise in a subsequent filing within the next 30 days.

**6. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants for:

Actual damages for copyright infringement.

Any further relief the Court deems just and proper.

**7. SIGNATURE**

Dated: [Insert Date]          4/9/2025

**Danny Amen Valentine-Shabazz**

65 Irby Ave, Apt 841

Atlanta, GA, 30305

(470) 836-6336

dannyacevalentine@yahoo.com

_Note: This document is intended for illustrative purposes only and may not reflect all legal requirements for actual filings in a court of law._